## HUCKABY v. STATE.
### No. 26100.

Court of Criminal Appeals of Texas.
Dec. 3, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $50 and confinement in the county jail for ten days.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception in the absence of which no question is presented for review.

The judgment is affirmed.